# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE OSCAR ALVARADO, | ) Case No. CV 11-1703 JHN (JCG) |
| Petitioner, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| MIKE MCDONALD, Warden, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: _May 3, 2012_

_____
HON. JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE